

**LEVIN • PAPANTONIO**
**THOMAS • MITCHELL**
**RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION        ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | RACHAEL R. GILMER | MIKE PAPANTONIO | OF COUNSEL: |
| BRIAN H. BARR | FREDRIC G. LEVIN | CHRISTOPHER G. PAULOS | LAURA S. DUNNING |
| MICHAEL C. BIXBY | MARTIN H. LEVIN | EMMIE J. PAULOS | *(LICENSED ONLY IN ALABAMA)* |
| M. ROBERT BLANCHARD | ROBERT M. LOEHR | A. RENEE PRESTON | BEN W. GORDON, JR. |
| BRANDON L. BOGLE | STEPHEN A. LUONGO | ROBERT E. PRICE | ARCHIE C. LAMB, JR. |
| W. TROY BOUK | M. JUSTIN LUSKO | MARK J. PROCTOR | PAGE A. POERSCHKE |
| WESLEY A. BOWDEN | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | *(LICENSED ONLY IN ALABAMA)* |
| VIRGINIA M. BUCHANAN | CLAY MITCHELL | MATTHEW D. SCHULTZ | CHRISTOPHER V. TISI |
| WILLIAM F. CASH III | PETER J. MOUGEY | W. CAMERON STEPHENSON | *(LICENSED IN WASHINGTON, D.C.* |
| JEFF GADDY | DANIEL A. NIGH | THOMAS A. TAYLOR | *AND MARYLAND)* |
| REBECCA D. GILLILAND | TIMOTHY M. O'BRIEN | LEO A. THOMAS | |
| *(LICENSED ONLY IN ALABAMA)* | | BRETT VIGODSKY | LEFFERTS L. MABIE, JR. (1925-1996) |
| | | | D.L. MIDDLEBROOKS (1926-1997) |
| | | | DAVID H. LEVIN (1928-2002) |
| | | | STANLEY B. LEVIN (1938-2009) |

October 22, 2018

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**OCT 2 3 2018**

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**VIA FEDEX**
Attn: Intake
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

To Whom It May Concern:

Please find enclosed a filing fee check in the amount of $400.00 for the Petition to Confirm Arbitration Award submitted via CM/ECF on October 19, 2018.  The first page of the Petition is enclosed for your reference.

Please return the filed stamped versions in the pre-addressed envelope and don't hesitate to contact us with any questions.

Sincerely,

Hilary Dunsford Little
Paralegal

Enclosures